**Lorenzo POBLETE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3031.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2009.

### ORDER

Petitioner's motion for leave to proceed in forma pauperis having been granted, and having filed the required Statement Concerning Discrimination, and brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

**Tamilo P. FEA, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2009–3048.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2009.

### ON MOTION

### *ORDER*

Tamilo P. Fea moves to reinstate this petition for review.

On December 31, 2008, Fea's petition was dismissed by the court for failure to pay the docketing fee. Fea has now paid the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the December 31, 2008 order is vacated, and Fea's petition for review is reinstated.

(2) Fea's brief is due within 21 days of the date of filing of this order.